FILED
2021 MAY 19 PM 2:13
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CYBAGE SOFTWARE PVT. LTD., *Plaintiff,* vs. GO BANYAN, INC., and NUVI, *Defendant.* | **THIRD AMENDED SCHEDULING ORDER** Case No. 2:19-cv-00745 Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Amend Scheduling Order (Motion) (ECF 47), and good cause appearing therefor, the court hereby GRANTS the Motion. The Scheduling Order (ECF 24) is hereby amended as follows:

| | | | DUE DATE |
|---|---|---|---|
| **1.** | **DISCOVERY DEADLINES** | | |
| | a. | Close of fact discovery: | June 14, 2021 |
| | b. | Last day to serve written discovery: | May 14, 2021 |
| **2.** | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | | |
| | **Disclosures** | | |
| | a. | Part(ies) bearing burden of proof | July 15, 2021 |
| | b. | Counter-disclosures | July 30, 2021 |
| | **Reports** | | |
| | a. | Part(ies) bearing burden of proof | August 28, 2021 |
| | b. | Counter-reports | September 18, 2021 |

**3.** **OTHER DEADLINES**

| | | |
|---|---|---|
| a. | Last day for Expert discovery | October 16, 2021 |
| b. | Deadline for filing dispositive or potentially dispositive motions | November 19, 2021 |
| c. | Deadline for filing partial or complete motions to exclude expert testimony | November 19, 2021 |

If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date on 11/29/2021 at 2:00 PM.

At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial dates will be set within three to six months.

DATED this 19 May 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah