Lara A. Swensen (8493)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
lswensen@jdrslaw.com

*Attorney for Plaintiff Cybage Software Pvt. Ltd*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CYBAGE SOFTWARE PVT.LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> GO BANYAN, INC., and NUVI, <br><br> *Defendant.* | **STIPULATION TO DISMISS ACTION** <br><br> Case No. 2:19-cv-00745 <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the voluntary dismissal of this action, in its entirety, with prejudice, and with each party to bear its own fees and costs. The parties are submitting a proposed order (herewith Exhibit A) reflecting this stipulation.

//

//

DATED this 26th day of October 2021.

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ *Lara A. Swensen*
Lara A. Swensen

*Attorney for Plaintiff Cybage Software Pvt. Ltd*

DATED this 26th day of October 2021.

                                                      PIA ANDERSON MOSS HOYT

                                                    */s/ John P. Mertens (signed with permission)*
                                                    Joseph G. Pia
                                                    John P. Mertens

                                                    *Attorneys for Defendants Go Banyan, Inc., and Nuvi*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October 2021, I electronically filed the foregoing **STIPULATION TO DISMISS ACTION** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

    Joseph G. Pia
    John P. Mertens
    PIA HOYT
    136 E South Temple, Suite 1900
    Salt Lake City, Utah 84111
    Joe.pia@piahoyt.com
    jmertens@piahoyt.com

                                             /s/ *Lara A. Swensen*