# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CYBAGE SOFTWARE PVT. LTD.,<br><br>*Plaintiff,*<br><br>vs.<br><br>GO BANYAN, INC., and NUVI,<br><br>*Defendant.* | **ORDER GRANTING STIPULATED DISMISSAL OF ACTION**<br><br>Case No. 2:19-cv-00745<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulation to Dismiss Action (ECF __), and good cause appearing therefor, the Court hereby GRANTS the Motion and ORDERS that the above-captioned case is dismissed, with prejudice, and each party to bear its own fees and costs.

Signed _____ day of October, 2021.

BY THE COURT:

_____
Magistrate Judge Cecelia M. Romero
United States District Court for District of Utah

1