FILED
2021 OCT 27 PM 1:01
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CYBAGE SOFTWARE PVT. LTD., *Plaintiff,* vs. GO BANYAN, INC., and NUVI, *Defendant.* | **ORDER GRANTING STIPULATED DISMISSAL OF ACTION** Case No. 2:19-cv-00745-CMR Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulation Motion to Dismiss Action (Motion) (ECF 52), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the above-captioned case is dismissed, with prejudice, and each party to bear its own fees and costs.

DATED this 27 October 2021.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah